# BEESON, TAYER & BODINE
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION
520 CAPITOL MALL, SUITE 300
SACRAMENTO, CALIFORNIA 95814-4714
(916) 325-2100
FAX (916) 325-2120
WWW.BEESONTAYER.COM

DUANE B. BEESON
NEIL BODINE
ROBERT BONSALL
GEOFFREY PILLER
CATHERINE E. AROSTEGUI
JOHN C. PROVOST
ANDREW H. BAKER
JASON RABINOWITZ*
SHEILA K. SEXTON
MATTHEW MORBELLO**
DALE L. BRODSKY
TEAGUE P. PATERSON***
COSTA KERESTENZIS
DAVID WEINTRAUB
MARGARET A. GEDDES
SARAH SANDFORD-SMITH****
PETER M. McENTEE
SUSAN K. GAREA
BRANDON BRAZIL
JOHN E. VARGA

*Also Admitted in Nevada and Hawaii
**Also Admitted in Pennsylvania and Washington
***Also Admitted in New York
****Also Admitted in Hawaii

OAKLAND OFFICE
1404 FRANKLIN STREET
FIFTH FLOOR
OAKLAND, CA 94612-3208
(510) 625-9700
FAX (510) 625-8275

DONALD S. TAYER
(1932-2001)

OF COUNSEL
JOSEPH C. WAXMAN

Sender's Email: carostegui@beesontayer.com

June 3, 2011

*Sent via Electronic Court Filing*

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Trustees on Behalf of Teamsters Benefit Trust vs. Lance Soares, Inc.
             Case No.: C 11-0657 JCS

Dear Judge Spero:

I would like to appear by telephone at the July 29, 2011, 9:30 a.m. Default Judgment hearing. Thank you.

Very truly yours,

Catherine E. Arostegui

CEA/slj

IT IS HERBY ORDERED that counsel shall provide to the clerk a direct land line phone number and shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated: June 7, 2011



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

202645.doc